1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    JUAN M. TIDWELL, SR.,                     No.  2:11-cv-0489 KJM CKD P

11                    Petitioner,

12         v.                                   ORDER

13    WILLIAM KNIPP, et al.,

14                    Respondents.

15

16         Petitioner has requested the appointment of counsel.  There currently exists no absolute

17    right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460

18    (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage

19    of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

20    In the present case, the court does not find that the interests of justice would be served by the

21    appointment of counsel at the present time.

22         Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of

23    counsel (ECF No. 46) is denied without prejudice to a renewal of the motion at a later stage of the

24    proceedings.

25    Dated:  September 24, 2014

26                                              _____

27                                              CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

28    2/kly/tidw0489.110